David L. BISHOP, et al., Respondents,

v.

CHARLES F. VATTEROTT CONSTRUCTION COMPANY, Appellant.

No. 73816.

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 26, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 6, 1999.

S. Francis Baldwin, St. Ann, MO, for appellant.

Katherine L. Butler, Patrick S. Butler, Eureka, MO, for respondent.

Before MARY K. HOFF, P.J., GARY M. GAERTNER, J., and MARY RHODES RUSSELL, J.

### ORDER

PER CURIAM.

Construction company appeals the trial court's order denying its Motion to Proceed

with Arbitration on homeowners' breach of contract claim. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the order pursuant to Rule 84.16(b).